UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       - against -                   16-cr-12 (JGK)

RAKEIM MURRAY,                   ORDER

            Defendant.

---

JOHN G. KOELTL, District Judge:

The Government has requested that the Court unseal paragraphs 16 and 17 of the defendant's Presentence Investigation Report (ECF No. 51), in connection with a motion to suppress filed by the defendant's brother, pending before Judge Stein in United States v. Rakim Brown, 19-cr-513.

The defendant was ordered to indicate any opposition to this request by April 16, 2021, and no opposition was filed. Accordingly, the Government's request is **granted**.

SO ORDERED.

Dated:    New York, New York
          April 23, 2021

                                                 John G. Koeltl
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-2021